█ ELSIE NIMETZ, Appellant, v. JOSEPH NIMETZ, Respondent.— Motion to stay trial denied, without costs. Beldock, Acting P. P., Christ, Pette and Brennan, JJ., concur.

█ HAROLD SCHANTZ, Respondent, v. ROBERTA SCHANTZ, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

## (June 10, 1960)

█ CITY SCREENPRINT CORP., Respondent, v. AGUILAR CORPORATION et al., Appellants, et al., Defendant.— In an action to declare the rights of the several parties with respect to certain real property, defendants Aguilar Corporation and 329 Company appeal, as limited on argument, from so much of an order of the Supreme Court, Queens County, entered April 12, 1960, as: (a) denies their motion for summary judgment; and (b) grants plaintiff's cross motion to stay defendant 329 Company from prosecuting a summary dispossess proceeding against plaintiff. Order insofar as appealed from affirmed, without costs. There are issues in this case which should be decided after a plenary trial. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

█ ANN SABLE, Respondent, v. EDWARD SNYDER et al., Appellants, et al., Defendants.— Motion to stay judgment of foreclosure and sale, and enforcement of order dated June 2, 1960, pending appeal from said order, denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

█ BENJAMIN F. RAINES, Respondent, v. GREAT NECK PROJECTS, INC., et al., Appellants.— Motion to stay all proceedings under the order appealed from denied, without costs, and without prejudice to any claim of privilege upon the examination before trial. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

## (June 13, 1960)

█ BURTON BURK et al., Respondents, v. HIGH POINT HOMES, INC., Appellant.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

█ IRENE BUTLER, an Infant, by Her Guardian ad Litem, ALVEDA BUTLER et al., Appellants, v. MARTIN R. SCHNEIDER et al., Respondents.— The motion for leave to appeal as a poor person will be treated as a motion to dispense with printing. Motion to dispense with printing granted. The appeal will be heard on a typewritten record (including the typed minutes) and on a typewritten brief. Appellants are directed to file two copies of the record and five copies of appellants' brief, and to serve one copy of the record and the brief on the attorneys for respondents. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.